## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00677-BNB
(**The above civil action number must appear on all future papers
 sent to the court in this action.  Failure to include this number
 may result in a delay in the consideration of your claims.**)

JOHN PETER DANCUNAS,

      Applicant,

v.

JOE PELLE, Sheriff of Boulder County, State of Colorado,

      Respondent.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

      Applicant, John Peter Dancunas, currently is detained at the Boulder County Jail.

Applicant initiated this action by filing *pro se* an Application for Writ of Habeas Corpus

pursuant to 28 U.S.C. § 2254.  As part of the Court's review pursuant to

D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are

deficient as described in this Order.  Applicant will be directed to cure the following if he

wishes to pursue his claims.  Any papers that Applicant files in response to this Order

must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   <u>X</u>   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month
        period immediately preceding this filing
(4)   <u>X</u>   is missing **certified** statement showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing an original signature by the prisoner
(7)   ___   is not on proper form (must use the court's current form)
(8)   ___   names in caption do not match names in caption of complaint, petition or

habeas application
(9) __ other:

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) X is not on proper form (must use the court's current form)
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. __
(15) __ uses et al. instead of listing all parties in caption
(16) __ An original and a copy have not been received by the court.  Only an
original has been received.
(17) __ names in caption do not match names in text
(18) __ other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty**

**days from the date of this Order**.  Any papers that Applicant files in response to this

Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Applicant shall obtain the Court-approved forms used

in filing a habeas corpus application pursuant to 28 U.S.C. § 2254 and a 28 U.S.C.

§ 1915 motion in a habeas corpus action (with the assistance of his case manager or

the facility's legal assistant), along with the applicable instructions, at

www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies

**within thirty days from the date of this Order** the action will be dismissed without

further notice.

DATED March 5, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge